No. 11-6935. Buster J. Matthews, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1119, 132 S. Ct. 1013, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 385.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6937. Paul L. Martinez, Petitioner v. Anthony A. DeCesaro, et al.

565 U.S. 1119, 132 S. Ct. 1013, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 267.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 427 Fed. Appx. 660.

No. 11-6944. James A. Morris, Petitioner v. Mississippi.

565 U.S. 1119, 132 S. Ct. 1014, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 336.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

No. 11-6948. Edward Allen, Petitioner v. Aristedes W. Zavaras, former Executive Director, Colorado Department of Corrections, et al.

565 U.S. 1120, 132 S. Ct. 1014, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 212.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 430 Fed. Appx. 709.

No. 11-6954. Anthony R. Thompson, Petitioner v. Alabama.

565 U.S. 1120, 132 S. Ct. 1015, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 167.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Alabama denied.

No. 11-6955. Yan Ju Wang, Petitioner v. Appellate Division, Superior Court of California, County of Los Angeles, et al.

565 U.S. 1120, 132 S. Ct. 1076, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 199.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 11-6960. Ishmael Salahuddin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1120, 132 S. Ct. 1015, 181 L. Ed. 2d 750, 2012 U.S. LEXIS 369.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.